IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADVANCED DERMATOLOGY, INC., P.C., ) ) ) Plaintiff, ) ) v. ) ) ZELTIQ AESTHETICS, INC.; and ) SCOTT SARGEANT, ) ) Defendants. ) | Case No. 6:17-cv-00202-KEW<br>Judge Kimberly E. West |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Advanced Dermatology, Inc and Defendants Zeltiq Aesthetics, Inc. and Scott Sargeant by and through their respective counsel of record, hereby stipulate that all claims advanced in the above-styled and numbered action shall be dismissed with prejudice to the refiling thereof.  Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

*s/Jeffrey C. Baum*
Jeffrey C. Baum, OBA #16443
Emily C. Krukowski, OBA #32038
BAUM GLASS & JAYNE
Mid-Continent Tower
401 S. Boston Ave., Suite 2300
Tulsa, Oklahoma  74103
Telephone:  918/938.7944
Facsimile:  918/938.7966
jbaum@bgj-law.com
ekrukowski@bgj-law.com

-and-

Brett D. Cable, OBA # 19426
Amy Cable, OBA # 22001
Cable Law, P.L.L.C
438 East Carl Albert Parkway
McAlester, Oklahoma 74501
Telephone: 918.423.4000
Facsimile: 918.423.4001
Brett@cablelawpllc.com
Amy@cablelawpllc.com

*Attorneys for Plaintiff*
*Advanced Dermatology, Inc.*

-and-

*s/Alen L. Rupe, with permission*
ALAN L. RUPE, OBA # 20440
LEWIS BRISBOIS BISGAARD & SMITH
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: 316.609.7900
Facsimile: 316.462.5746
Alan.Rupe @LewisBrisbois.com

*Attorney for Zeltiq Aesthetics, Inc. and Scott Sargeant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2017, I electronically transmitted this *Joint Stipulation of Dismissal with Prejuduce Pursuant to Rule 41(a)(1)(A)(ii)* to the Clerk of the Court using the ECF System for filing to the ECF participants:

    Brett D. Cable, Esq.,    brett@cablelawpllc.com
    Amy Cable, Esq.,    amy@cablelaw.com

    ATTORNEYS FOR PLAINTIFF
    ADVANCED DERMATOLOGY, INC., P.C.

    Alan L. Rupe, Esq. – alan.rupe@lewisbrisbois.com

    ATTORNEYS FOR DEFENDANT
    ZELTIQ AESTHETICS, INC.

    *s/Jeffrey C. Baum*
    Jeffrey C. Baum